UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC, LLC,

Plaintiff,

v.

SHREE GHANSHYAM INC., et al.,

Defendants.
______________________________/

Case No. 1:24−cv−00935−JMB−RSK

Hon. Jane M. Beckering

**ORDER**

Pending before the Court is Plaintiff and Defendants Shree Ghanshyam Inc., Bhaktinandan LLC, Shree Harikrushna Inc, and Amit Patel's Stipulation extending time to answer or otherwise respond to the complaint (ECF No. 8). The Court having reviewed the filing: IT IS HEREBY ORDERED that the Stipulation extending time to answer or otherwise respond to the complaint (ECF No. 8) is GRANTED to the extent that the deadline for Defendants Shree Ghanshyam Inc., Bhaktinandan LLC, Shree Harikrushna Inc, and Amit Patel to answer or otherwise respond to Plaintiff's Complaint is extended to December 16, 2024.

IT IS SO ORDERED.

Dated: November 7, 2024

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge