UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC, LLC,

Plaintiff,

vs.

SHREE GHANSHYAM INC., et al.,

Defendants.
______________________________________/

Case No. 1:24−cv−00935−JMB−RSK

Hon. Jane M. Beckering

**ORDER TO FILE CORPORATE DISCLOSURE STATEMENT**

Pursuant to FED. R. CIV. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that Defendants Shree Ghanshyam Inc., Bhaktinandan LLC, and Shree Harikrushna Inc have not filed the requisite disclosure.

Accordingly,

IT IS ORDERED that Defendants Shree Ghanshyam Inc., Bhaktinandan LLC, and Shree Harikrushna Inc shall file a corporate disclosure statement within seven (7) days of the date of this order. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

Dated: November 7, 2024

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge