UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC, LLC,

Plaintiff,

v.

SHREE GHANSHYAM INC
d/b/a West Side Smoke Shop 1, et al.,

Defendants.
_______________________________/

Case No. 1:24-cv-935

HON. JANE M. BECKERING

**ORDER OF PARTIAL DISMISSAL**

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal (ECF No. 15) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter as to Defendant Mira Patel is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: December 18, 2024

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge