UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC LLC,

Plaintiff,

HON. JANE M. BECKERING
MAGISTRATE JUDGE RAY KENT
Case No. 1:24-cv-00935-jmb-rsk

v.

SHREE GHANSHYAM INC ET. AL,

Defendants.
______________________________/

**ORDER EXTENDING DEFENDANTS/COUNTER-PLAINTIFFS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO DISMISS (ECF 22) PURSUANT TO RULE 6(b)(1)**

Upon consideration of the stipulation of the stipulation of the Plaintiff/Counter-Defendant's and Defendants/Counter-Plaintiffs' stipulation to allow Defendants/Counter-Plaintiffs additional time to file their response to Plaintiff/Counter-Defendant's Motion to Dismiss (ECF 22), pursuant to Rule 6(b)(1), the Court finds that good cause exists under Rule 6(b)(1) to extend the time for Defendants/Counter-Plaintiffs to file their response to Plaintiff/Counter-Defendant's Motion to Dismiss.

The Court hereby orders that the time for Defendants/Counter-Plaintiffs to file their response to Plaintiff/Counter-Defendant's Motion to Dismiss (ECF 22) is extended to February 6, 2025.

IT IS SO ORDERED.

Dated: January 23, 2025

By: /s/ Jane M. Beckering
Hon. Jane M. Beckering
U.S. District Court Judge