UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC LLC,

Plaintiff,

HON. JANE M. BECKERING
MAGISTRATE JUDGE RAY KENT
Case No. 1:24-cv-00935-jmb-rsk

v.

SHREE GHANSHYAM INC ET. AL,

Defendants.
______________________________/

**DEFENDANTS/COUNTER-PLAINTIFFS' RESPONSE IN OPPOSITION TO PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO DISMISS COUNTERCLAIM**

NOW COMES Defendants Shree Ghanshyam Inc., Bhaktinandan LLC, Shree Harikrushan Inc., and Amit Patel and do hereby bring this Response in opposition to the Plaintiff/Counter-Defendant's Motion to Dismiss Counterclaim and so state:

1. On September 12, 2024 the Plaintiff filed its Complaint alleging Trademark Infringement and False Designation of Origin/Unfair Competition in violation of the Lanham Act under 15 USC §§ 1114 and 1125(a) [DE 1].

   **ANSWER: Admitted.**

2. On December 12, 2024, the Defendants filed their Answer to Complaint and Counterclaim. [DE 20].

   **ANSWER: Admitted.**

3. The Counterclaim is based on abuse of process.

   **ANSWER: Admitted.**

4. However, as detailed in the Brief in Support, the Defendants' Counterclaim does not support a claim and therefore should be dismissed.

   **ANSWER: Denied as untrue. The Defendants' response in opposition articulates the meritorious legal and factual bases for the Defendants' claims. The Plaintiff's Motion must be denied.**

5. In support of this Motion, Plaintiff submits and relies on the facts and law contained in its accompanying Brief in Support of Motion to Dismiss Counterclaim ("Brief").

   **ANSWER: This statement does not apply to Defendants so no response is required. To the extent that this Court requires a response, the same is denied in the manner and form alleged. For further answer, the Defendants/Counter-Plaintiffs relief on the facts and law contained in their Brief in Opposition to the Motion to Dismiss Counterclaim.**

**WHEREFORE,** Defendants/Counter-plaintiffs pray that the motion to dismiss be DENIED entirely and that they be granted any other relief that this Court deems fair and just under the circumstances.

Respectfully submitted,
Bolhouse, Hofstee & McLean, P.C.

Dated: February 6, 2025

By: ***/s/ Michelle M. McLean***

Michelle M. McLean (P71393)

michellem@bolhouselaw.com

Attorneys for Defendants