UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:24-cv-935 | 7/1/2025 | 2:32 PM – 2:47 PM | Grand Rapids | Jane M. Beckering |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| GS Holistic, LLC | Shree Ghanshyam Inc., et al. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| David Lawrence Perry II (via phone) | Plaintiff |
| Michelle Marie McLean (via phone) | Defendants Shree Ghanshyam Inc., Bhaktinandan LLC, Shree Harikrushna Inc, and Amit Patel |

**PROCEEDINGS**

**NATURE OF HEARING:** Rule 16 Scheduling Conference held via phone; Case Management Order to issue.

Court Reporter: (not recorded)
Case Manager: Rick Wolters