UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC, LLC,

Plaintiff,

v.

SHREE GHANSHYAM INC., et al.,

Defendants.
_______________________________/

Case No. 1:24-cv-935

HON. JANE M. BECKERING

# CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED:**

| | | |
|---|---|---|
| Motions to Join Parties or Amend Pleadings | | SEPTEMBER 2, 2025 |
| Rule 26(a)(1) Disclosures | | JULY 10, 2025 |
| Voluntary Exchange of Documents | | AUGUST 1, 2025 |
| Disclose Name, Address, Area of Expertise and provide a short summary of expected testimony of all testifying experts (Rule 26(a)(2)(A)) | Plaintiff:<br>Defendants: | AUGUST 11, 2025<br>SEPTEMBER 11, 2025 |
| Disclosure of Expert Witness Reports (Rule 26(a)(2)(B)) | Plaintiff:<br>Defendants:<br>Rebuttal: | SEPTEMBER 29, 2025<br>SEPTEMBER 29, 2025<br>NOVEMBER 3, 2025 |
| Completion of Discovery | | MARCH 2, 2026 |
| Dispositive Motions | | MARCH 31, 2026 |
| Interrogatories will be limited to: (Single Part Questions) | | 25 single part questions |
| Depositions will be limited to: (Fact Witnesses Per Side) | | 10 per side |
| ADR To Take Place On Or Before: | | MARCH 5, 2026 |

1. JOINDER OF PARTIES AND AMENDMENTS OF PLEADINGS: All motions for joinder of parties and all motions to amend the pleadings must be filed by the date set forth in the table above.

2. DISCLOSURES AND EXCHANGES: Deadlines for exchange of Rule 26(a)(1) disclosures, names of lay witnesses, identification of experts, voluntary exchange of documents, and disclosure of expert reports under Rule 26(a)(2), if applicable, are ordered as set forth in the table above.

3. DISCOVERY: All discovery proceedings shall be completed no later than the date set forth in the table above, and shall not continue beyond this date. All interrogatories, requests for admissions, and other written discovery requests must be served no later than thirty days before the close of

discovery. All depositions must be completed before the close of discovery. Interrogatories will be limited as set forth in the table above. Depositions will be limited as set forth in the table above. There shall be no deviations from this order without prior approval of the court upon good cause shown. Time limitations for depositions set forth in Rule 30(d)(1) apply to this case.

4. MOTIONS:

a. Non-dispositive motions shall be filed in accordance with W.D. Mich. LCivR. 7.3. They may be referred to a Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A). In accordance with 28 U.S.C. § 471, et seq., it is the policy of this Court to prohibit the consideration of discovery motions unless accompanied by a certification that the moving party has made a reasonable and good faith effort to reach agreement with opposing counsel on the matters set forth in the motion.

b. Dispositive motions shall be filed in accordance with W.D. Mich. LCivR 7.2 by the date set forth in the table above. If the dispositive motion is based on depositions, the Court prefers that parties file the entire deposition transcript with the relevant portions highlighted. Alternatively, a party may file only those excerpts that are relevant to the motion. If the dispositive motion references answers to interrogatories as a supporting document, then only those excerpts that are relevant to the motion shall be filed. The Court may schedule oral argument or may, in its discretion, dispose of the motion without argument at the end of the briefing schedule. **Pursuant to Administrative Order 07-026, one courtesy copy of all dispositive motion papers (including responses and replies) and all accompanying exhibits must be submitted directly to the judge's chambers on paper. The copy must be hand-delivered or sent via first class mail the same day the document is e-filed**.

5. ALTERNATIVE DISPUTE RESOLUTION: In the interest of facilitating prompt resolution of this case, and the parties having voluntarily selected facilitative mediation, this matter shall be submitted to facilitative mediation. The parties have jointly chosen Matthew Gipson as the mediator in this matter. A Notice will issue regarding the method and schedule for the mediation conference.

6. SETTLEMENT: The parties are under an ongoing obligation to engage in good faith settlement negotiations.

**Counsel and the parties shall comply with the current version of the undersigned's Information and Guidelines for Civil Practice** (available on the court's website).

Dated: July 1, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
UNITED STATES DISTRICT JUDGE