UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC, LLC,

Plaintiff,

v.

SHREE GHANSHYAM INC., et al.,

Defendants.
_____________________________________/

Case No. 1:24-cv-935

HON. JANE M. BECKERING

# ORDER

This matter is before the Court on the Unopposed Motion to withdraw as counsel (ECF No. 42), seeking to permit The Ticktin Law Group to withdraw as counsel of record for Plaintiff and requesting a 30-day stay. The Court, having reviewed the filing and having found that there has been a breakdown of the attorney-client relationship, will grant the request to withdraw. Plaintiff is prohibited from proceeding *pro se*. "The rule of this circuit is that a corporation cannot appear in federal court except through an attorney." *Doherty v. American Motors Corp.,* 728 F.2d 334, 340 (6th Cir. 1984); *Ginger v. Cohn,* 426 F.2d 1385, 1386 (6th Cir. 1970). For this reason, Plaintiff will be required to obtain new counsel. As to the request for a 30-day stay, the Court will grant the request to the extent that the remaining case management order deadlines will be extended. Accordingly:

**IT IS HEREBY ORDERED** that the Unopposed Motion to withdraw as counsel (ECF No. 42) is GRANTED. The Ticktin Law Group is withdrawn as counsel of record for Plaintiff.

**IT IS FURTHER ORDERED** that The Ticktin Law Group shall immediately serve a copy of this Order on Plaintiff and file a proof of service.

**IT IS FURTHER ORDERED** that Plaintiff shall, not later than March 19, 2026, secure new counsel and have counsel file an appearance on its behalf.

**IT IS FURTHER ORDERED** that Plaintiff is placed on notice that failure to comply with the specific directives and orders of this Court, including this Order, in their entirety may result in sanctions, including dismissal of this case.

**IT IS FURTHER ORDERED** that the remaining case management order deadlines are extended as follows:

| | |
|---|---|
| Completion of Discovery | APRIL 24, 2026 |
| Dispositive Motions | MAY 8, 2026 |
| ADR To Take Place On Or Before: | MAY 29, 2026 |

Dated: February 17, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge