UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC, LLC,

Plaintiff,

v.

SHREE GHANSHYAM INC., et al.,

Defendants.
______________________________/

Case No. 1:24-cv-935

HON. JANE M. BECKERING

**ORDER**

On July 1, 2025, the Court issued a Case Management Order (ECF No. 33), in pertinent part, setting forth a March 5, 2026 deadline for the parties to engage in facilitative mediation and a March 31, 2026 deadline for the parties to file any dispositive motions. These deadlines were later extended (*see* ECF No. 43). A review of the court record reveals that no dispositive motions were filed by the May 8, 2026 deadline and no report following voluntary facilitative mediation session has been filed. The Court will require the remaining parties to file a joint notice addressing the status of this matter. Accordingly:

**IT IS HEREBY ORDERED** that the remaining parties shall, not later than June 29, 2026, file a joint notice addressing the status of mediation. In the event mediation has not been conducted, the parties shall explain why they failed to conduct mediation as ordered, and what, if any, arrangements have been made to ensure mediation is conducted in a timely manner, including a proposed deadline to do so. Furthermore, the joint notice shall address what, if any, proceedings are necessary, including their recommendation for moving this case toward a conclusion. In the

event the remaining parties recommend a trial be scheduled in this matter, their joint notice shall provide a reasonable estimate of how many days they expect trial will last.[1]

Dated: June 15, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge

[1] The Court intends to conduct full trial days, which generally provides for around 6.5 hours of evidence per day.