UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC, LLC,

Plaintiff,

v.

SHREE GHANSHYAM INC., et al.,

Defendants.
______________________________/

Case No. 1:24-cv-935

HON. JANE M. BECKERING

**ORDER TO SHOW CAUSE**

On July 1, 2025, the Court issued a Case Management Order (ECF No. 33), in pertinent part, setting forth a March 5, 2026 deadline for the parties to engage in facilitative mediation and a March 31, 2026 deadline for the parties to file any dispositive motions. These deadlines were later extended (*see* ECF No. 43).

A review of the court record reveals that no dispositive motions were filed by the May 8, 2026 deadline and no report following voluntary facilitative mediation session has been filed. On June 15, 2026, the Court issued an Order (ECF No. 46) requiring the remaining parties to, not later than June 29, 2026, file a joint notice addressing the status of this matter. The order also required the remaining parties to, if applicable, explain why they failed to conduct mediation as ordered, and what, if any, arrangements have been made to ensure mediation is conducted in a timely manner (*id.*). On June 30, 2026, Plaintiff filed a Notice (ECF No. 47). According to the filing, repeated attempts were made to confer with defense counsel about the contents of the notice but defense counsel provided no definitive approval (*id.*). Defendants Shree Ghanshyam Inc., Bhaktinandan LLC, Shree Harikrushna Inc, and Amit Patel have failed to submit a separate filing addressing the June 15 order. Accordingly:

**IT IS HEREBY ORDERED** that Defendants Shree Ghanshyam Inc., Bhaktinandan LLC, Shree Harikrushna Inc, and Amit Patel shall, not later than July 9, 2026, show cause in writing why they failed to comply with the June 15, 2026 Order (ECF No. 46).

**IT IS FURTHER ORDERED** that Defendants Shree Ghanshyam Inc., Bhaktinandan LLC, Shree Harikrushna Inc, and Amit Patel shall, not later than July 9, 2026, file a notice addressing the status of mediation. In the event mediation has not been conducted, the notice shall explain why the remaining parties failed to conduct mediation as ordered, and what, if any, arrangements have been made to ensure mediation is conducted in a timely manner, including a proposed deadline to do so. Furthermore, the notice shall address what, if any, proceedings are necessary, including their recommendation for moving this case toward a conclusion. In the event they recommend a trial be scheduled in this matter, the notice shall provide a reasonable estimate of how many days they expect trial will last.[1]

**IT IS FURTHER ORDERED** that Defendants Shree Ghanshyam Inc., Bhaktinandan LLC, Shree Harikrushna Inc, and Amit Patel are placed on notice that failure to comply with the specific directives and orders of this Court, including this Order, in their entirety may result in sanctions, including an entry of default.

Dated: July 2, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge

[1] The Court intends to conduct full trial days, which generally provides for around 6.5 hours of evidence per day.